UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rachel M.G.,                                             Civ. No. 25-2157 (PAM/EMB)

        Plaintiff,

v.                                                                    **ORDER**

Frank Bisignano,
Commissioner of Social Security,

        Defendant.

_____

This matter is before Court on Plaintiff's Motion to Alter or Amend the Judgment under Rule 59(e).  Plaintiff argues that the Court committed a clear error of law and must alter its decision to prevent manifest injustice.

The Court grants Plaintiff's Motion in that it will issue an amended order, removing an inaccurate citation in the standard of law.  The rest of Plaintiff's request, however, is better conveyed as a request for reconsideration under D. Minn. L.R. 7.1(j).  Plaintiff has not requested permission to file such a motion.

Accordingly, **IT IS HEREBY ORDERED that** Plaintiff's Motion to Alter or Amend the Judgment (Docket No. 19) is **GRANTED in part and DENIED in part.**

Dated: May 12, 2026                            *s/ Paul A. Magnuson*
                                      Paul A. Magnuson
                                      United States District Court Judge